**FILED**

June 18, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>              Plaintiff,                    )<br>v.                                                  )<br>                                                        )<br>RONALD BURRIS, JR.,                )<br>                                                        )<br>              Defendant.                )  | Case No. 2:10-cr-223 JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

· This is to authorize and direct you to release <u>Ronald Burris</u>; Case <u>2:10-cr-223 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $100,000 co-signed by Ronald Burris, Sr. And Ms. Stanley. Mr. Burris to sign by close of business on 6/21/10.

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>6/18/2010</u>    at  3:08 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge