```
                                          FILED
                                          June 18, 2010
                                          CLERK, US DISTRICT COURT
                                          EASTERN DISTRICT OF
                                          CALIFORNIA
                                          DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:10-cr-223 JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| RONALD BURRIS, JR., ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

· This is to authorize and direct you to release <u>Ronald Burris</u>; Case  <u>2:10-cr-223 JAM</u>  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured bond in the amount of $100,000 co-signed by Ronald Burris, Sr. And Ms. Stanley. Mr. Burris to sign by close of business on 6/21/10.

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>6/18/2010</u>   at  3:08 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge