1  Michael E. Hansen [CSBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  Telephone:  (916) 438-7711
   Facsimile:   (916) 438-7721
4  E-Mail: mhansen@criminal-defenses.com

5  Attorney for Defendant
   RONALD BURRIS, JR.

6

7

8             **IN THE UNITED STATES DISTRICT COURT**

9           **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | ) | Case No.: 2:10-CR-0223 JAM |
   |                           | ) |                            |
12 |           Plaintiff,      | ) | **REQUEST FOR WAIVER OF**  |
   |                           | ) | **DEFENDANT'S PERSONAL**   |
13 |     vs.                   | ) | **PRESENCE**               |
   |                           | ) | **(FRCP 43)**              |
14 | RONALD BURRIS, JR.,       | ) |                            |
   |                           | ) |                            |
15 |           Defendant.      | ) |                            |

16

17         Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant Ronald
18 Burris, Jr., hereby waives the right to be present in person in open court upon the hearing of
19 any motion or other proceeding n this case, including, but not limited to, when the case is set
20 for trial, when a continuance is ordered, and when any other action is taken by the court before
21 or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.
22 Defendant hereby requests the Court to proceed during every absence of his which the Court
23 may permit pursuant to this waiver; agrees that his interests will be deemed represented at all
24 times by the presence of his attorney, the same as if defendant were personally present,; and
25 further agrees to be presenting court ready for trail any day and hour the Court may fix in his
26 absence.
27 / / / / /
28 / / / / /

PDF created with pdfFactory trial version www.pdffactory.com

1   Defendant further acknowledges that he has been informed of his rights under Title 18
2   U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and
3   delays under that Act without defendant being present.

5   Dated: July 22, 2010                    /s/ Ronald Burris, Jr.
                                            RONALD BURRIS, JR.
6                                           (Original retained by attorney)

7   I agree with and consent to my client's waiver of appearance.

8   Dated: July 22, 2010                    /s/ Michael E. Hansen
                                            MICHAEL E. HANSEN
9                                           Attorney for Defendant
                                            RONALD BURRIS, JR.

## **ORDER**

I approve the above waiver of presence. IT IS SO ORDERED.

Dated: July 28, 2010
                                            /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            United States District Judge

2
REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL PRESENCE (FRCP 43)
*U.S. v. Ronald Burris, Jr.*, USDC, E.D. Cal., Case No. 2:10-CR-0223 JAM

PDF created with pdfFactory trial version www.pdffactory.com